EDWARD PETTINGILL, Respondent, *v.* THE TOWN OF OLEAN, Appellant.

(Argued January 19, 1894; decided February 6, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 4, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Frederick W. Kruse* for appellant.

*Alfred Spring* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THE NEW YORK RUBBER COMPANY, Appellant, *v.* JOHN ROTHERY et al., Respondents.

(Argued January 22, 1894; decided February 6, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 8, 1893, which affirmed a judgment in favor of defendant entered upon a verdict, and affirmed an order denying a motion for a new trial.

*B. F. Lee* for appellant.

*H. H. Hustis* for respondents.

Agree to affirm ; no opinion.
All concur, except GRAY, J., dissenting.
Judgment affirmed.